# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LARRY DONALD GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:21-cv-00325-LCB |
| ) | |
| JEFFERSON S. DUNN, ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR ENLARGEMENT OF TIME

Respondent, Jefferson S. Dunn, Commissioner of the Alabama Department of Corrections, by and through counsel for the Office of the Attorney General, State of Alabama, respectfully request an extension of sixty (60) days within which to file the Respondent's answer and brief. As grounds for this motion, Respondent states the following:

1. This is a capital case.

2. Respondent's answer and brief is currently due on October 18, 2021.

3. There is good cause to extend the briefing schedule. Undersigned counsel has been, and is currently involved in, several capital cases, including the following: motion to dismiss filed in the Matthew

Reeves § 1983 in the United States District Court for the Middle District of Alabama on September 9, 2021; motion to alter or amend the judgement filed in the Southern District of Alabama in the Joseph Clifton Smith case on September 14, 2021; and, a brief due in the Thomas Dale Ferguson case in the Eleventh Circuit Court of Appeals on November 15, 2021. In addition, Willie B. Smith's execution is set for October 21, 2021, and counsel is actively involved in the execution litigation concerning that case. Finally, counsel moved the Alabama Supreme Court to set an execution date for Matthew Reeves on September 17, 2021, and anticipates execution litigation in that case.

4. Counsel also supervises the work of three attorneys in the Capital Litigation Division and has reviewed numerous briefs, motions, and pleadings of these attorneys in the previous two months.

5. Respondent has not previously requested any extensions.

6. Counsel has contacted counsel for the Petitioner and she does not oppose this request.

7. Respondent therefore respectfully requests that this Court extend the time in which to file Respondent's brief and answer for a period

of sixty (60) days, to and including December 17, 2021.

          Respectfully submitted,

          Steve Marshall
          *Alabama Attorney General*

          ***s/ Beth Jackson Hughes***
          Beth Jackson Hughes
          *Alabama Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Allyson R. duLac**.

                                        **s/ *Beth Jackson Hughes***
                                        Beth Jackson Hughes
                                        *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-8400 Fax
Beth.Hughes@AlabamaAG.gov