# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LARRY DONALD GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.                                        ) | No. 1:21-cv-00325-LCB |
| ) | |
| JEFFERSON S. DUNN, ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR FURTHER ENLARGEMENT OF TIME

Respondent, Jefferson S. Dunn, Commissioner of the Alabama Department of Corrections, by and through counsel for the Office of the Attorney General, State of Alabama, respectfully request a further extension of sixty (60) days within which to file the Respondent's answer and brief. As grounds for this motion, Respondent states the following:

1. This is a capital case.

2. Respondent's answer and brief is currently due on December 17, 2021, after a sixty-day enlargement of time.

3. There is good cause to extend the briefing schedule. As set forth in the original motion for enlargement, undersigned counsel was actively involved in the execution litigation in the Willie B. Smith case whose

execution occurred on October 21, 2021. In addition, as previously set forth, counsel moved the Alabama Supreme Court to set an execution date for Matthew Reeves on September 17, 2021, and his execution has been set for January 27, 2022. The execution litigation in the Reeves case currently consists of filing an objection to Reeves's motion for a preliminary injunction on November 24, 2021, a deposition scheduled for December 3, 2021, responding to expedited discovery (request for production of documents, answer to interrogatories, and requests for admission) by December 6, 2021, and an evidentiary hearing on Reeves's motion for preliminary injunction on December 9, 2021.

4. Counsel also supervises the work of three attorneys in the Capital Litigation Division and has reviewed numerous briefs, motions, and pleadings of these attorneys in the previous two months.

5. Counsel has contacted counsel for the Petitioner and she does not oppose this request.

6. Counsel will file Respondent's answer and brief as soon as possible.

7. Respondent therefore respectfully requests that this Court further extend the time in which to file Respondent's brief and answer for a period

of sixty (60) days, to and including February 15, 2022.

                                            Respectfully submitted,

                                            Steve Marshall
                                            *Alabama Attorney General*

                                            ***s/ Beth Jackson Hughes***
                                            Beth Jackson Hughes
                                            *Alabama Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Allyson R. duLac**.

s/ *Beth Jackson Hughes*
Beth Jackson Hughes
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 Office
(334) 353-8400 Fax
Beth.Hughes@AlabamaAG.gov

4