IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY DONALD GEORGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00325-LCB |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Comes now Petitioner, by and through undersigned counsel, and respectfully requests an extension of time of sixty (60) days within which to file his Reply to Respondent's Answer to Petition for Writ of Habeas Corpus and Brief on the Merits. As grounds for this motion, Petitioner states as follows:

1. This is a capital case.

2. Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 17) was filed with this Court on September 17, 2021.

3. Respondent's Answer and Brief was initially due on October 18, 2021; however, following two extensions, it was filed February 15, 2022. (Docs. 22, 23).

4. Pursuant to this Court's Order of May 15, 2021 (Doc. 7), Petitioner's Reply Brief is due 30 days from service of Respondent's Answer and Brief making said brief due on or before March 17, 2022.

5. Attorneys for Petitioner have several upcoming briefing deadlines including, but not limited to, a Reply Brief due on March 14, 2022, in the Eleventh Circuit (*Timothy W. Saunders v. Warden, Holman Correctional Facility, et al.*, Consolidated Case Nos. 20-12427, 21-10795) and an Amended Habeas Petition due in this District on March 30, 2022 (*Clayton Antwain Shanklin v. John Q. Hamm, Commissioner, Alabama Department of Corrections*, Case No. 6:20-cv-02020-AKK).

6. Counsel has contacted counsel for the Respondent and she does not oppose this request.

Wherefore, based on the foregoing reasons, Petitioner respectfully requests an additional sixty (60) days in which to file his Reply Brief making said brief due on or before May 16, 2022.

Respectfully submitted,

/s/ Allyson R. duLac
Allyson R. duLac
Florida Bar No. 067944
Allyson_duLac@fd.org

/s/ Robin C. Konrad
Robin C. Konrad
Alabama Bar No. 2194-N76K
Robin_konrad@fd.org

FEDERAL DEFENDERS,
    MIDDLE DISTRICT OF ALABAMA
817 S. Court Street
Montgomery, AL 36104
(334) 834-2099
(334) 834-0353 – Fax

*Attorneys for Petitioner,*
    *Larry Donald George*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Allyson R. duLac
ALLYSON R. DULAC