
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LARRY DONALD GEORGE, ) ) Petitioner, ) ) v. ) ) JOHN Q. HAMM, Commissioner, ) Alabama Department of Corrections, ) ) Respondent. ) | Case No. 1:21-cv-00325-LCB |

## **PETITIONER'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE REPLY BRIEF**

Comes now Petitioner, by and through undersigned counsel, and respectfully requests an extension of time of one week within which to file his Reply to Respondent's Answer to Petition for Writ of Habeas Corpus and Brief on the Merits. As grounds for this motion, Petitioner states as follows:

1. This is a capital habeas case.

2. Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 17) was filed with this Court on September 17, 2021.

3. Respondent's Answer and Brief was initially due on October 18, 2021; however, following two extensions, it was filed February 15, 2022. (Docs. 22, 23).

4. After having received one 60-day extension of time, Petitioner's Reply Brief is currently due on May 16, 2022.

5. Attorneys for Petitioner have been diligently working on the Reply Brief. However, given other recent obligations—including Ms. Konrad being assigned a new case on May 2; Ms. duLac being assigned a new case on April 29; Ms. duLac having an Amended Petition due on May 10; and both attorneys having to conduct orientation this week for a new paralegal who started in the office on May 9—Petitioner's attorneys are in need of a brief extension of time to file the Reply brief.

6. Petitioner is not seeking this request for the purposes of delay. Instead, allowing one additional week will help ensure that the attorneys have time to edit and review the Brief and ensure that Petitioner's rights are protected.

7. Counsel has contacted counsel for the Respondent and she does not oppose this request.

Based on the foregoing reasons, Petitioner respectfully requests one additional week in which to file his Reply Brief making it due on or before May 23, 2022.

Respectfully submitted,

/s/ Allyson R. duLac
Allyson R. duLac
Florida Bar No. 0670944
Allyson_duLac@fd.org

/s/ Robin C. Konrad
Robin C. Konrad
Alabama Bar No. 2194-N76K
Robin_konrad@fd.org


FEDERAL DEFENDERS,
    MIDDLE DISTRICT OF ALABMA
817 S. Court Street
Montgomery, AL 36104
(334) 834-2099
(334) 834-0353 – Fax

*Attorneys for Petitioner,*
   *Larry Donald George*


## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Allyson R. duLac
ALLYSON R. DULAC